NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KAMRAN ASGHARI-KAMRANI, NADER ASGHARI-KAMRANI,**
*Plaintiffs-Cross-Appellants*

**v.**

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Defendant-Appellant*

_____

2017-2504, 2017-2505

_____

Appeals from the United States District Court for the Eastern District of Virginia in No. 2:15-cv-00478-RGD-RJK, Senior Judge Robert G. Doumar.

_____

## JUDGMENT

_____

ANTIGONE GABRIELLA PEYTON, Protorae Law PLLC, Tysons, VA, argued for plaintiffs-cross-appellants. Also represented by REECE WERNER NIENSTADT, Nienstadt PLLC, Washington, DC.

AHMED JAMAL DAVIS, Fish & Richardson PC, Washington, DC, argued for defendant-appellant. Also represented by MATTHEW C. BERNTSEN, GRANT THOMAS RICE, Boston, MA; MICHAEL T. ZOPPO, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 11, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court